

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,314-01

### EX PARTE JOHN EDWARD HALL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W08-63139-W(A) IN THE 363RD DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to seventy years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Hall v. State*, No. 05-09-01368-CR (Tex. App.—Dallas 2011, no pet.).

In a single ground, Applicant contends that appellate counsel rendered ineffective assistance because counsel failed to notify Applicant that his conviction had been affirmed and to inform him of his right to file a *pro se* petition for discretionary review.

The trial court has entered findings of fact and conclusions of law that Applicant never received notice from counsel that his conviction had been affirmed. The trial court recommends that relief be granted.

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fifth Court of Appeals in cause number 05-09-01368-CR that affirmed his conviction in cause number F-0863139-W from the 363rd District Court of Dallas County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: November 19, 2014
Do not publish